IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

LEAH REDMOND, *individually and*
*on behalf of others similarly situated,*

      Plaintiff,

v.                                       No. 13-cv-1037-JDB-egb

NPC INTERNATIONAL, INC.,

      Defendant.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING
MOTION AS MOOT
_____

      On March 28, 2013, the Defendant, NPC International, Inc., filed an emergency motion requesting that the Plaintiff, Leah Redmond, cease and desist unauthorized communications to putative class members. (D.E. 21.) The motion was referred to Magistrate Judge Ed Bryant for a report and recommendation. (D.E. 22.) On April 8, 2013, the Magistrate Judge issued his report recommending dismissal of the motion as moot after the parties informed the Court that the underlying issues had been resolved. Accordingly, the Court ADOPTS Judge Bryant's Report and Recommendation and dismisses the motion as MOOT.

      IT IS SO ORDERED this 11th day of April, 2013.

                                                s/ J. DANIEL BREEN
                                                UNITED STATES DISTRICT JUDGE